FILED
SEP -6 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:17CR402 CDP/DDN |
| COREY MURPHY, | ) |
| Defendant. | ) |

## INDICTMENT
## COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

   (b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

  (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

  (d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

    (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2016, and on or about July 7, 2016, within the Eastern District of Missouri and elsewhere,

**COREY MURPHY,**

the Defendant herein, did knowingly receive images and a video of child pornography over the internet, a means or facility of interstate commerce, and these images were visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of a minor engaging in sexually explicit conduct, including but not limited to the following:

1. "2128329f-0a82-4e01-88f3-382e5d40f460:100" – a graphic image file depicting two minor females in a lascivious display of their genitals;
2. "2fbd1a81-c86b-4671-b7c6-035a3864208a:100" – a graphic image file of a prepubescent minor female in a lascivious display of her genitals;
3. 17fc9103-30a2-49f3-b425-57dc0b706e1b:100 – a graphic video file depicting a minor female in a lascivious display of her genitals;
4. 4ccc4fbe-e995-41df-8a05-855a68a21007:100 – a graphic image file of a prepubescent minor female in a lascivious display of her genitals;
5. eae0d2f5-8fad-43ed-858a-25cda94b54aa:100.preview – a graphic image file of a prepubescent minor female penetrating her genitals with an object.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney